Sunday March 22nd, 2015                    46,840-03

Abel Acosta, Clerk
Po Box 12308
Capitol Station
Austin, Texas 78711

Shane Guziec
TDCJ# 795104
12071 FM 3522
Abilene, Texas 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

RE:  WR-46,840-03

Abel,
      On 3/16/2015 you sent me a copy of my docket sheet per my request.
On my docket sheet it says on 9/17/2014 NONCOMP/RETD 73.1.  Well,
what does that mean?  Was my 1107 writ returned to me?  If so I haven't
ever received it back nor has anyone ever advised me of anything at
all.  I wrote to you cause I haven't heard anything at all.  I have
written to the El Paso Clerk in hopes of finding something out but
to this day I haven't received any kind of notice from them. I am
now writing to ask you where my 1107 writ is?  Why was my writ re-
turned for NONCOMP/RETD 73.1?     It would be greatly appreciated if
you would PLEASE advise me of this matter.
                        Thank You Very Much
                        Respectfully Submitted
                        Shane Guziec 795104
                           TDCJ# 795104
                           12071 FM 3522
                        Abilene, Texas 79601